IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIGUEL LANGE,

        Plaintiff,                    No. CIV S-07-2705 LEW EFB P

       vs.

JAMES E. TILTON, et al.,

        Defendants.              ORDER

                                  /

       Plaintiff, a state prisoner without counsel, has filed a civil rights action. See 42 U.S.C. § 1983. He requests leave to proceed *in forma pauperis*.

       Plaintiff alleges a violation of his civil rights in Kings County, California. Kings County is located in the Fresno venue of this court and the action should have been commenced there. *See* Local Rule 3-120(b). The court has not yet ruled on plaintiff's request to proceed *in forma pauperis*.

       Accordingly, it is hereby orderd that:

       1. This action is transferred to the district court sitting in Fresno.

       2. The Clerk of Court shall assign a new case number.

/////

/////

1

3. All future filings shall bear the new case number and shall be filed at:

>United States District Court
>Eastern District of California
>2500 Tulare Street
>Fresno, CA 93721

DATED: December 18, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2