1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9   MIGUEL LANGE,                                    CASE NO. 1:07-cv-01844-OWW-GSA PC

10                        Plaintiff,                 ORDER DIRECTING CLERK'S OFFICE TO
                                                     CLOSE THIS ACTION ON THE GROUND
11           v.                                      THAT IT IS DUPLICATIVE OF CASE
                                                     NUMBER 1:07-CV-01811-AWI-WMW PC
12   JAMES E. TILTON, et al.,
                                                     (Doc. 1)
13                        Defendants.

14   _____/

15          On December 14, 2007, Plaintiff Miguel Lange, a state prisoner proceeding pro se and in

16   forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff's claims arise

17   from an incident of excessive force on September 19, 2005, at California State Prison-Corcoran.  On

18   December 13, 2007, Plaintiff filed case number 1:07-cv-01811-AWI-WMW PC, another section

19   1983 action alleging a claim of excessive force arising from the incident on September 19, 2005, at

20   CSP-Corcoran.  Although the complaints are not identical and Plaintiff names additional defendants

21   in this action, both involve the same underlying claim.  Therefore, the earlier filed action shall

22   proceed and this action shall be closed as duplicative.  Any inconsistencies between the defendants

23   named in each action may be remedied by filing an amended complaint in case number 1:07-cv-

24   01811-AWI-WMW PC.

25   ///

26   ///

27   ///

28   ///

1

1        The Clerk's Office is HEREBY ORDERED to close this action on the ground that it is

2    duplicative of case number 1:07-cv-01811-AWI-WMW PC.

3

4    IT IS SO ORDERED.

5    **Dated:    August 28, 2008**                                  **/s/ Oliver W. Wanger**
                                                          UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28